Wednesday, September 21, 2011

No. 11–0642/AF.  U.S. v. Daniel W. Drews.  CCA S37727.

On further consideration of the granted issue in the above cases, the decision of the Court of Criminal Appeals is hereby vacated.  The record of trial is returned to the Judge Advocate General for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011).

EFFRON, Chief Judge (dissenting):  I dissent for the reasons stated in my dissenting opinion in *Fosler*.  *United States v. Fosler*, 70 M.J. 225, 233–40 (C.A.A.F. 2011) (Effron, C.J., dissenting).

BAKER, Judge (dissenting):  I dissent for the reasons stated in my dissenting opinion in *Fosler*.  *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011) (Baker, J., dissenting).